

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00132-CV

Dawn **MOLLOY**,
Appellant

v.

Ana and Michael **LITOFSKY**,
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2022CV00020
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
           Luz Elena D. Chapa, Justice
           Irene Rios, Justice

Delivered and Filed: June 29, 2022

DISMISSED FOR WANT OF PROSECUTION

In this appeal of the trial court's judgment from February 25, 2022, Appellant's brief was initially due on May 26, 2022. We ordered Appellant to file the brief and show cause in writing not later than June 6, 2022, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a). We warned Appellant that if she failed to respond as ordered, this appeal would be dismissed without further notice.

This court's order was returned as undeliverable. To date, Appellant has not filed a brief. Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

PER CURIAM